UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANTHONY JOHNSON, | : | Civil Action No.  08-5134 (AET) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | INITIAL SCHEDULING ORDER |
| | : | |
| MULTI-SOLUTIONS INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

This matter having come before the Court during an Initial Scheduling Conference on May 13, 2010, pursuant to FED. R. CIV. P. 16, and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 18th day of May 2010,

ORDERED THAT:

1. To the extent not previously done, the Parties will comply with the disclosure requirements of FED. R. CIV. P. 26(a)(1) by May 31, 2010.

2. Not later than June 15, 2010, Plaintiff will serve or default those defendants who have not yet appeared in this action.

3. A Status Conference will be held by the undersigned on July 27, 2010 at 2:00 P.M.

4. There will be no extensions of the deadlines set forth in this order, except by leave of the Court.

5. Counsel are invited to use the *George H. Barlow* Attorney Conference Room located on the third floor of the Courthouse Annex.  The room is equipped with telephones, laptop access/printer, copier, and *fax*.

                                                *s/ Douglas E. Arpert*
                                                DOUGLAS E. ARPERT
                                                United States Magistrate Judge