## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Anthony Johnson | : | |
| 305 Sturwood Way | : | CIVIL ACTION NO.: 3:08-cv-05134 |
| Lawrenceville, NJ 08648 | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Multi-Solutions, Inc., et al | : | |
| Defendants. | : | |

### PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANTS, MULTI-SOLUTIONS, DANIELS, GENSIB, BLOUGH, AND WEXLER WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)

TO THE CLERK:

Kindly voluntarily dismiss Defendants, Multi-Solutions, Daniels, Gensib, Blough, and Wexler in the above-captioned matter, without prejudice.

**WEISBERG LAW, P.C.**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Anthony Johnson | : | |
| 305 Sturwood Way | : | CIVIL ACTION NO.: 3:08-cv-05134 |
| Lawrenceville, NJ 08648 | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Multi-Solutions, Inc., et al | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 13th day of September, 2011, a true and correct copy of the foregoing Plaintiff's Request for Voluntary Dismissal of Defendants, Multi-Solutions, Daniels, Gensib, Blough, and Wexler Without Prejudice Pursuant to FRCP 41(a)(1)(A)(i) was served via ECF upon the following parties:

Kenneth Thomas Ulrich, Esq.
Gateway Funding Diversified Mortgage Services, LP
300 Welsh Road
Building 5
Horsham, PA 19044

William T. Marshall, Jr., Esq.
Zeichner Ellman & Krause, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Carl Gensib,
850-870 Rout 1 North
 North Brunswick, NJ 08902

James Daniels,
699 West Grand Street
Rahway, NJ 07065

Multi-Solutions, Inc.
197 Route 18 South
South Tower, Suite 3000
East Brunswick, NJ 08816

Larry Blough d/b/a Multi-Solutions
197 Route 18 South
South Tower, Suite 3000
East Brunswick, NJ 08816

Victor Wexler d/b/a Multi-Solutions
197 Route 18 South
South Tower, Suite 3000
East Brunswick, NJ 08816

                                              **WEISBERG LAW, P.C.**

                                              /s/ Matthew B. Weisberg
                                              Matthew B. Weisberg, Esquire
                                              Attorney for Plaintiff