UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Anthony Johnson<br>305 Sturwood Way<br>Lawrenceville, NJ 08648<br>　　　　Plaintiff,<br><br>　　v.<br><br>Multi-Solutions, Inc., et al<br>　　　　Defendants. | :<br>:<br>:  CIVIL ACTION NO.: 3:08-cv-05134<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANTS, MULTI-SOLUTIONS, DANIELS, GENSIB, BLOUGH, AND WEXLER WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

TO THE CLERK:

Kindly voluntarily dismiss Defendants, Multi-Solutions, Daniels, Gensib, Blough, and Wexler in the above-captioned matter, without prejudice.

　　　　　　　　　　　　　　　　　　　　WEISBERG LAW, P.C.

*So Ordered.*
*Anne E. Thompson*
Anne E. Thompson, U.S.D.J.
9/13/11

　　　　　　　　　　　　　　　　　　　　/s/ Matthew B. Weisberg
　　　　　　　　　　　　　　　　　　　　Matthew B. Weisberg, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

RECEIVED

SEP 14 2011

AT 8:30_____M
WILLIAM T. WALSH
CLERK